IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WINFIELD SOLUTIONS LLC                                    PLAINTIFF

v.                       No. 3:17-cv-329-DPM

SUCCESS GRAIN, INC.; J. TODD BERRY;
GLENNA S. LANE; and FARM CREDIT
MIDSOUTH PCA                                              DEFENDANTS

## ORDER

I recuse. Ralph Waddell and Kevin Cole are on my recusal list.

The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 January 2018