# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WINFIELD SOLUTIONS, LLC                    PLAINTIFF

v.                    No. 3:17CV00329 JLH

SUCCESS GRAIN, INC.;
J. TODD BERRY; GLENNA S. LANE;
and FARM CREDIT MIDSOUTH, PCA                    DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered on April 2, 2018, judgment is entered in favor of Winfield Solutions, LLC, against Success Grain, Inc., J. Todd Berry, and Glenna S. Lane, in the amount of $439,076.48 plus late charges in the amount of $186.87 per day from December 1, 2017, through the date of this Judgment for a total of late charges in the amount of $23,147.08, making the total judgment $462,223.56, on which post-judgment interest will accrue at the rate of 2.06% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 4th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE